# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0456.  W. W. FOWLER OIL COMPANY v. OTHMAN AWAD et al.**

This case commenced as a dispossessory proceeding in magistrate court against tenant Othman Awad and Hanmar, Inc., who leased a gas station from plaintiff W. W. Fowler Oil Company ("Fowler").  The case proceeded to a jury, which found in favor of Fowler, and the trial court entered a writ of possession.  Amad and Hanmar timely filed a motion for new trial and a motion for judgment notwithstanding the judgment. The trial court granted their motion for judgment notwithstanding the verdict on April 19, 2017, and Fowler filed this application for discretionary appeal on May 17, 2017. However, we lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-35 (d).  The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter of this case is a dispossessory judgment. See *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  "OCGA § 44-7-56 provides that any judgment in a landlord/tenant case shall be appealable, provided that any such appeal shall be filed within seven days of the date such judgment was entered." *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999) (punctuation omitted) (appeal from arbitration award in dispossessory proceeding). *But see Singh v. Sterling United*, 326

Ga. App. 504, 507 (1) (756 SE2d 728) (2014) (Seven day rule did not apply where case lost its character as a dispossessory proceeding after owner dismissed dispossessory claim in superior court). Here, Fowler filed its application 28 days after the superior court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___06/13/2017_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*